DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LUIS MIRANDA,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

Nos. 4D17-3503 and 4D17-3649

[November 1, 2018]

Consolidated appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; William W. Haury, Jr., Judge; L.T. Case Nos. 16-003113CF10A and 13-008187CF10A.

Jordan Redavid of Fischer Redavid PLLC, Miami, for appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Joseph D. Coronato, Jr., Assistant Attorney General, West Palm Beach, for appellee.

*Affirmed.*

DAMOORGIAN, CIKLIN and CONNER, JJ., concur.

* * *

***Not final until disposition of timely filed motion for rehearing.***